**IN RE: A.O., a Minor**

Petition of: J.R.O., Natural Mother

In re: A.O., a Minor

Appeal of: J.R.O., Natural Mother

No. 404 WAL 2016
No. 405 WAL 2016

Supreme Court of Pennsylvania.

December 1, 2016

### ORDER

PER CURIAM

AND NOW, this 1st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**LAMON STREET, Petitioner**

No. 393 WAL 2016

Supreme Court of Pennsylvania.

December 2, 2016

### ORDER

PER CURIAM

AND NOW, this 2nd day of December, 2016, the Petition for Allowance of Appeal is **QUASHED** as untimely filed, without prejudice to seek *nunc pro tunc* relief.

**Rosalind W. SUTCH, as Executrix of the Estate of Rosalind Wilson, Deceased, Petitioner**

v.

**ROXBOROUGH MEMORIAL HOSPITAL, Solis Healthcare, LP, Andorra Radiology Assoc., Tenet Healthsystem Roxborough, LLC, Roxborough, LLC, Tenet, Inc., Tenet Group, LLC, Roxborough Emergency Physician Associates, LLC, Barbara Goldman Robins, M.D., Robert Domanski, M.D., Michael Deangelis, M.D., Erin O'Malley, M.D., Jeffrey Geller, M.D., and Melanio Aguirre, M.D., Respondents**

No. 313 EAL 2016

Supreme Court of Pennsylvania.

December 5, 2016

### ORDER

PER CURIAM

AND NOW, this 5th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Wecht dissents.